DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SIMMONS

No. 168P82.

Case below: 56 N.C. App. 34.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 4 May 1982.

STATE v. THOMAS

No. 136.

Case below: 52 N.C. App. 186.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 12 May 1982.

STATE v. THORNTON

No. 150P82.

Case below: 55 N.C. App. 133.

Peittion by defendant for writ of certiorari to North Carolina Court of Appeals denied 4 May 1982.

STATE v. TODD

No. 143P82.

Case below: 56 N.C. App. 116.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 May 1982.

STATE v. WILHITE & RANKIN

No. 171P82.

Case below: 56 N.C. App. 467.

Petition by defendant Whilhite for discretionary review under G.S. 7A-31 denied 4 May 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 May 1982.